FILED

**NOT FOR PUBLICATION**

APR 26 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARTHA ANGELICA JACOBO-ROMAN; OSCAR SANDOVAL AISPURO, | No. 09-71081 |
| Petitioners, | Agency Nos. A095-314-829 A095-314-830 |
| v. | MEMORANDUM[*] |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 5, 2011[**]

Before:      B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

Martha Angelica Jacobo-Roman and Oscar Sandoval Aispuro, natives and

citizens of Mexico, petition pro se for review of the Board of Immigration

Appeals' ("BIA") order denying their motion to reissue the BIA's prior order.  We

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reissue, *Reyes v. Ashcroft*, 358 F.3d 592, 595 (9th Cir. 2004); *Coyt v. Holder*, 593 F.3d 902, 904 n.1 (9th Cir. 2010), and we deny the petition for review.

The BIA did not abuse its discretion in denying petitioners' motion to reissue based on ineffective assistance of counsel because petitioners failed to demonstrate plausible grounds for relief. *See Ray v. Gonzales*, 439 F.3d 582, 587 (9th Cir. 2006) (where petitioner is deprived of the opportunity to present his claim due to counsel's error, we will find that he has been denied due process if he can demonstrate "plausible grounds for relief" on his underlying claim); *see also Moreno-Morante v. Gonzales*, 490 F.3d 1172, 1178 (9th Cir. 2007) (United States citizen grandchildren are not qualifying relatives for cancellation of removal purposes).

Petitioners' remaining contentions are unavailing.

**PETITION FOR REVIEW DENIED.**